**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Chapter 13 |
| Mildred T. Turner aka Mildred Lewis | No.  09-00320 |
| Debtor | Hon.  Janet S. Baer |

**NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE**

**To: See attached Service List**

PLEASE TAKE NOTICE that on June 9, 2014, I filed the attached <u>Response to Notice of Final Cure</u>, a copy of which is hereby served upon you.

_____/s/ Meredith S. Fox_____

**Certificate of Service**

The undersigned certifies that she served a copy of the Notice of Filing and <u>Response to Notice of Final Cure</u> on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Brian P. Deshur and Tom Vaughn on June 9, 2014.

_____/s/ Meredith S. Fox_____

Meredith S. Fox - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-236-0077

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Mildred T. Turner aka Mildred Lewis
2145 N. Mason Ave.
Chicago, IL 60639

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

Brian P. Deshur
Deshur Law Firm LLC
55 West Monroe St., Suite 3950
Chicago, IL 60603